IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

        Plaintiff,                       CV F 03 5593 REC WMW   P

  vs.                                 ORDER RE MOTION (DOC 29 )

SCOTT RAWERS, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for leave to file an amended complaint.   Because there has been no appearance by defendants, plaintiff's motion is granted.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend the complaint is granted.  Plaintiff is granted thirty days from the date of service of this order in which to file a fifth amended complaint.

IT IS SO ORDERED.

**Dated:**   **April 7, 2006**              **/s/  William M. Wunderlich**
mmkd34                                   UNITED STATES MAGISTRATE JUDGE