IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY S. JAMESON,

       Plaintiff,            CV F 03 5593 LJO WMW P

  vs.                         ORDER RE MOTION (DOC 36)

SCOTT RAWERS, et al.,

       Defendants.

     Plaintiff has filed a motion for reconsideration of the January 29, 2007, findings and recommendation.  On February 23, 2007, Plaintiff filed objections to the findings and recommendations, which were considered in the August 2, 2007, order adopting the findings and recommendations. The motion for reconsideration is moot.

     Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration filed on February 9, 2007, is denied as moot.IT IS SO ORDERED.

     Dated:   September 27, 2007       /s/  William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE

1