1        UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF CALIFORNIA

3

4    BARRY S. JAMESON,                    1:03-cv-05593-LJO-MJS (PC)

5              Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATION FOR DENIAL OF
6         v.                              DEFENDANTS' MOTION TO DISMISS

7    SCOTT RAWERS, et al.,                (ECF No. 81)

8              Defendants.

9

10   _____/

11        Plaintiff Barry S. Jameson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights

12   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

13   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

14        On November 22, 2011, the Magistrate Judge filed a Findings and Recommendation

15   recommending that Defendants' Motion to Dismiss be denied.  (ECF No. 81.)  The parties have

16   not filed any objections to the Findings and Recommendation.

17        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this

18   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

19   Court finds the Findings and Recommendations to be supported by the record and by proper

20   analysis.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.   The Findings and Recommendation, filed November 22, 2011, is adopted in full;

23             and

24        2.   Defendants' Motion to Dismiss (ECF No. 74) is DENIED.

25

26   IT IS SO ORDERED.

27   Dated:    January 31, 2012              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
28