IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY S. JAMESON,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT P. RAWERS, et al.,<br><br>    Defendants.<br>_____/ | 1:03-cv-05593-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER FIFTH AMENDED COMPLAINT<br><br>(ECF No. 84) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On March 9, 2012, Defendants filed a motion to extend time to file an answer to the fifth amended complaint. Inasmuch as defendants filed the answer on March 9, 2012, and good cause having been presented to the Court, IT IS HEREBY ORDERED THAT Defendants' motion to extend time to file an answer to the fifth amended complaint is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   March 13, 2012            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE